UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE NITA L. STORMES TO MAGISTRATE JUDGE ALLISON H. GODDARD** | **ORDER OF TRANSFER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Nita L. Stormes, to the calendar of the Honorable Allison H. Goddard for all further proceedings. All pending dates including discovery deadlines, hearings, and conferences before Magistrate Judge Stormes, if any, remain unchanged until further order and are now **SET** before Magistrate Allison H. Goddard. Any dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 3:17-cv-01230-BAS-NLS | Ramirez et al v. Zimmerman et al |
| 3:18-cv-01921-CAB-NLS | Cole v. BMW of North America, LLC et al |
| 3:19-cv-00036-WQH-NLS | Newman et al v. Berryhill et al |
| 3:19-cv-00068-GPC-NLS | Noriega v. Loews Hotels Holding Corporation et al |

1

| | | |
|---|---|---|
| 1 | 3:19-cv-00366-AJB-NLS | Stark et al v. Stall |
| 2 | 3:19-cv-00755-MMA-NLS | Acuna Adams v. Systematic National Collections, Inc. |
| 3 | 3:19-cv-00973-W-NLS | Hanna v. FCA US LLC et al |
| 4 | 3:19-cv-01022-AJB-NLS | Bolden v. Peraza et al |
| 5 | 3:19-cv-01145-WQH-NLS | Gastelum v. Greens Inv 1 LLC |
| 6 | 3:19-cv-01173-CAB-NLS | Great American Insurance Company v. Vasquez Marshall |
| 7 | | |
| 8 | 3:19-cv-01320-BAS-NLS | Conyers et al |
| 9 | 3:19-cv-01425-BAS-NLS | Langer v. Kushnir et al |
| 10 | 3:19-cv-01467-JM-NLS | Langer v. Neglia et al |
| 11 | 3:2014-cv-02642-L-NLS | Schutza v. Bob Stall Chevrolet et al |
| 12 | 3:2014-cv-02911-BEN-NLS | Torbert v. Gore et al |
| 13 | 3:2015-cv-00713-JLS-NLS | J&J Sports Productions, Inc. v. Mund et al |
| 14 | 3:2015-cv-01530-CAB-NLS | Gonzales et al v. Organogenesis, Inc. et al |
| 15 | 3:2016-cv-01432-JLS-NLS | Frieri v. Sysco Corporation et al |
| 16 | 3:2016-cv-01574-JAH-NLS | Whynaught v. Colvin |
| 17 | 3:2016-cv-02161-W-NLS | Adams v. San Diego, County of et al |
| 18 | 3:2016-cv-02558-L-NLS | Bodie v. Lyft, Inc. |
| 19 | 3:2016-cv-02816-AJB-NLS | Moorer v. Stemgenex Medical Group, Inc. et al |
| 20 | 3:2017-cv-00074-GPC-NLS | Bovensiep v. Dean Borders |
| 21 | 3:2017-cv-00127-LAB-NLS | Dwayne Conyers v. Corporal Rodriguez et al |
| 22 | 3:2017-cv-00867-WQH-NLS | Firooz v. Takata Corporation et al |
| 23 | 3:2017-cv-01014-L-NLS | Apodaca et al v. Abrego et al |
| 24 | 3:2017-cv-01182-W-NLS | Padilla v. Department of the Navy et al |
| 25 | 3:2017-cv-01541-AJB-NLS | Melvin Anderson v. Daniel Paramo |
| 26 | 3:2017-cv-01914-DMS-NLS | Ruiz v. Oliveira et al |
| 27 | 3:2018-cv-00149-LAB-NLS | Mendoza v. Figueroa et al |
| 28 | 3:2018-cv-00195-BEN-NLS | Langer v. Kiser et al |

| | | |
|---|---|---|
| 1 | 3:2018-cv-00216-GPC-NLS | Harrington v. Equity Asset & Property Management, Inc. |
| 2 | 3:2018-cv-00528-L-NLS | Hollomon v. County of San Diego et al |
| 3 | 3:2018-cv-00674-JAH-NLS | Oliveira v. United States of America et al |
| 4-5 | 3:2018-cv-00699-WQH-NLS | AAdvanced Nursing and Home Health Services, Inc. v. Sehr et al |
| 6-7 | 3:2018-cv-00779-WQH-NLS | Bennett v. The Board of Trustees of the California State University et al |
| 8 | 3:2018-cv-01062-BAS-NLS | Pease v. Gore et al |
| 9 | 3:2018-cv-01116-DMS-NLS | Alvarez et al v. SiteOne Landscape Supply LLC et al |
| 10 | 3:2018-cv-01470-GPC-NLS | Jones v. Internal Revenue Service et al |
| 11 | 3:2018-cv-01590-AJB-NLS | Killeen v. Spencer |
| 12-13 | 3:2018-cv-01896-AJB-NLS | Thomas Land & Development, LLC v. Vratsinas Construction Company et al |
| 14 | 3:2018-cv-01922-DMS-NLS | Moreno v. Dash Lube et al |
| 15-16 | 3:2018-cv-02000-AJB-NLS | Helix Environmental Planning, Inc. v. Helix Environmental and Strategic Solutions |
| 17 | 3:2018-cv-02186-H-NLS | Singh v. Archambeault et al |
| 18 | 3:2018-cv-02270-GPC-NLS | Burke v. Miracosta Community College District et al |
| 19-20 | 3:2018-cv-02280-DMS-NLS | Pruco Life Insurance Company v. California Energy Development, Inc. et al |
| 21 | 3:2018-cv-02358-JLS-NLS | Sor Technology, LLC v. MWR Life, LLC et al |
| 22 | 3:2018-cv-02416-DMS-NLS | Saad Eddine v. Ow et al |
| 23 | 3:2018-cv-02669-DMS-NLS | Robinson v. Montgomery et al |
| 24 | 3:2018-cv-02765-BTM-NLS | Quintrall v. Ocwen Loan Servicing, LLC et al |
| 25-26 | 3:2018-cv-02790-BAS-NLS | Safeco Insurance Company of America v. Ghaemmaghami |
| 27 | 3:2018-cv-02809-BTM-NLS | Gutierrez v. Eli Lilly & Company et al |
| 28 | 3:2018-cv-02829-BTM-NLS | Motlagh v. Qatar Airways, Q.C.S.C. et al |

| #  | Case Number | Case Title |
|----|---|---|
| 1  | 3:2018-cv-02866-JLS-NLS | Fluordx LLC v. Quidel Corporation |
| 2  | 3:2019-cv-00014-JLS-NLS | Rossmann v. Wojcicki et al |
| 3  | 3:2019-cv-00044-L-NLS | Van Cleave v. Sunrise Senior Living Management, Inc. et al |
| 5  | 3:2019-cv-00134-CAB-NLS | B & L Productions, Inc. et al v. 22nd District Agricultural Association et al |
| 7  | 3:2019-cv-00360-CAB-NLS | Ganoe v. Berryhill |
| 8  | 3:2019-cv-00396-JLS-NLS | Langer v. HCP Medical Office Buildings II, LLC et al |
| 9  | 3:2019-cv-00410-DMS-NLS | Stein et al v. Farmers Insurance Company of Arizona et al |
| 11 | 3:2019-cv-00421-GPC-NLS | Kramer et al v. Avis |
| 12 | 3:2019-cv-00497-DMS-NLS | San Diego Unified Port District v. Board of Trustees of California State University et al |
| 14 | 3:2019-cv-00538-JLS-NLS | Cordelia v. Sprint Corp et al |
| 15 | 3:2019-cv-00543-MMA-NLS | Spikes v. PGN198, Inc. et al |
| 16 | 3:2019-cv-00568-DMS-NLS | Mr. Herbert Johnson v. Sgt. Jackson, et al |
| 17 | 3:2019-cv-00600-CAB-NLS | Lewis v. Unknown Agents of the United States Department of Homeland Security |
| 19 | 3:2019-cv-00627-DMS-NLS | Azar-Aziz v. Commissioner of Social Security |
| 20 | 3:2019-cv-00664-BAS-NLS | Pinto v. CBE Group, Inc. |
| 21 | 3:2019-cv-00671-GPC-NLS | Tuck v. American Accounts Advisors Inc. et al |
| 22 | 3:2019-cv-00691-AJB-NLS | Williams et al v. Camden Old Creek et al |
| 23 | 3:2019-cv-00730-W-NLS | Hurmiz v. Ow et al |
| 24 | 3:2019-cv-00869-LAB-NLS | Escobedo v. Commissioner of Social Security |
| 25 | 3:2019-cv-00885-DMS-NLS | Bray et al v. Lowe's Home Centers, LLC et al |
| 26 | 3:2019-cv-00913-GPC-NLS | Powell v. Basto et al |
| 27 | 3:2019-cv-00921-WQH-NLS | Scheuerman et al v. Ocwen Loan Servicing, LLC et al |
| 28 | 3:2019-cv-00945-NLS | Bratton v. Commissioner of Social Security |

| | | |
|---|---|---|
| 1 | 3:2019-cv-00960-H-NLS | Brooke v. HHLP San Diego Associates LLC |
| 2 | 3:2019-cv-00972-BEN-NLS | Eduard Wusthof Dreizackwerk KG v. Matthew Scott |
| 3 | | Kriegsfeld |
| 4 | 3:2019-cv-00985-DMS-NLS | Hsueh et al v. Bankers Life and Casualty Company et al |
| 5 | 3:2019-cv-00993-AJB-NLS | Schutza v. Jadallah et al |
| 6 | 3:2019-cv-01008-WQH-NLS | Barclay v. Certain Underwriters at Lloyd&#039;s, |
| 7 | | London |
| 8 | 3:2019-cv-01031-DMS-NLS | Ewing v. JS Holdings, LLC |
| 9 | 3:2019-cv-01033-LAB-NLS | Kimari v. Credence Resource Management, LLC |
| 10 | 3:2019-cv-01079-LAB-NLS | Derr v. Ra Medical Systems, Inc. et al |
| 11 | 3:2019-cv-01080-JM-NLS | Hernandez v. ABM Aviation, Inc. et al |
| 12 | 3:2019-cv-01122-CAB-NLS | Schutza v. Jozu Investments, LLC et al |
| 13 | 3:2019-cv-01235-LAB-NLS | Collier v. Eagle Recovery Associates, Inc. |
| 14 | 3:2019-cv-01254-WQH-NLS | Lewis v. Khan |
| 15 | 3:2019-cv-01385-AJB-NLS | Bumer v. Cellco Partnership et al |
| 16 | 3:2019-cv-01386-WQH-NLS | Strojnik v. Prospect Hospitality, LP. |
| 17 | 3:2019-cv-01412-H-NLS | Langer v. D & D Company Properties, LLC et al |
| 18 | 3:2019-cv-01426-JLS-NLS | Guido v. Strategic Funding Source, Inc. et al |
| 19 | 3:2019-cv-01433-JM-NLS | De La Fuente v. Padilla |

**IT IS SO ORDERED.**

Dated:  August 8, 2019

_____
Hon. Nita L. Stormes
United States Magistrate Judge