XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3624
  Fax:  (415) 703-5843
  E-mail:  Chad.Stegeman@doj.ca.gov
*Attorneys for Defendant California Secretary of State Alex Padilla*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROQUE ROCKY DE LA FUENTE,**<br><br>Plaintiff,<br><br>v.<br><br>**ALEX PADILLA,**<br><br>Defendant. | 3:19-cv-01433-WQH-AHG<br><br>**NOTICE OF MOTION AND *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO BRIEF AND HEAR MOTION TO TRANSFER VENUE [ECF NO. 14]**<br><br>Judge:      Hon. William Q. Hayes<br>Trial Date:  None<br>Action Filed:    7/30/2019 |

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Alex Padilla will, and hereby does, apply *ex parte* for an order shortening the time to brief and hear Defendant's motion to transfer venue, ECF No. 14.

The need for prompt adjudication of this motion to transfer is based on motions for preliminary injunctions filed in this case, as well as cases venued in the Eastern District of California. The application is also consistent with Plaintiff's professed need for quick relief in his motion for preliminary injunction.

This application is based on Local Rule 83.3(g), this Notice, the Memorandum of Points and Authorities, the Declaration of Jay Russell, the Proposed Order, all records and papers on file in this action, any oral argument, and any other evidence that the Court may consider in hearing this motion.

Defendant gave notice to Plaintiff of this application, as required by Local Rule 83.3(g)(2). Plaintiff's counsel advised that he has no objection to Defendant's proposed schedule.

Dated: August 13, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/ Chad A. Stegeman*
CHAD A. STEGEMAN
Deputy Attorney General
*Attorneys for Defendant Alex Padilla, in his official capacity as the Secretary of the State of California*

SA2019104012
Fuente Ex Parte jcr edit.docx