1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11
12  **ROQUE ROCKY DE LA FUENTE,**           19-cv-1433-WQH-AG
13                          Plaintiff,      **ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME**
14       v.
15  **ALEX PADILLA,**                       Action Filed: July 30, 2019
16                          Defendant.      Hon. William Q. Hayes
17
18
19
20
21
22
23
24
25
26
27
28

1

After considering the papers submitted in support of and given Plaintiff's agreement with Defendant's *Ex Parte* Application for an Order Shortening Time ("Application"), and good cause appearing, IT IS ORDERED THAT Defendant's Application be GRANTED.

Plaintiff De la Fuente will respond to Defendant's motion to transfer venue (ECF No. 14) on or before August 15, 2019.

Defendant will file a reply, if any, on or before August 16, 2019.

Under the Court's Civil Pretrial & Trial Procedures, proposed orders are required for motions that are not fully noticed and set for hearing twenty-eight days or more after the date of filing. As the motion to transfer will now be adjudicated in less than twenty-eight days, Defendant must submit a proposed order in conjunction with the motion at the time they submit their reply.

The motion to transfer venue will then be submitted for decision absent a further order from this Court setting oral argument.

IT IS SO ORDERED.
Dated: August 14, 2019

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court