XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
CHAD A. STEGEMAN
Deputy Attorney General
State Bar No. 225745
JAY C. RUSSELL
Deputy Attorney General
State Bar No. 122626
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3617
Fax: (415) 703-5843
E-mail: Jay.Russell@doj.ca.gov
*Attorneys for Defendant California Secretary of State Alex Padilla*

PAUL A. ROSSI
LAW OFFICE OF PAUL A. ROSSI
316 Hill Street
Mountville, PA 17554
Telephone: (717) 681-8344
E-mail: Paul-Rossi@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Roque Rocky De La Fuente,**<br>Plaintiff,<br>**v.**<br>**Alex Padilla, in his official capacity as the Secretary of the State of California,**<br>Defendant. | 3:19-cv-01433 (JM) (NLS)<br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND [S.D. Cal. Local Rules 7.2 and 12.1]**<br>Judge: The Honorable William Q. Hayes<br>Action Filed: 7/31/2019 |

Under Rules 7.2 and 12.1 of the Local Rules for the United States District Court for the Southern District of California, Plaintiff Roque De La Fuente and Defendant California Secretary of State Alex Padilla, by and through their attorneys, stipulate and jointly move as follows:

Plaintiffs' Complaint (ECF No. 1) was filed in this Court on July 30, 2019;

The Parties agree that Plaintiff served the Complaint and Summons on Defendant on August 1, 2019. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), a response to the Complaint is presently due on or before August 22, 2019;

Given the issues raised in the Complaint, and the Motions for Preliminary Injunction pending in this case and related cases, the Parties agree that an extension of time for Defendant to respond to the Complaint is appropriate;

NOW, THEREFORE, in consideration of the foregoing, the Parties further stipulate and jointly move as follows:

1. Defendant's time to answer, move to dismiss, or otherwise plead to the Complaint shall be extended to September 23, 2019.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: August 20, 2019

Respectfully submitted,

LAW OFFICE OF PAUL A. ROSSI

*/s/ Paul A. Rossi (as authorized on August 19, 2019)*
PAUL A. ROSSI
*Attorneys for Plaintiff Roque De La Fuente*

Dated: August 20, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
CHAD STEGEMAN
Supervising Deputy Attorney General

*/s/ Jay C. Russell*
JAY C. RUSSELL
Deputy Attorney General
*Attorneys for Defendant California Secretary of State Alex Padilla*

SA2019104012 / Stipulation re Response.docx

# CERTIFICATE OF SERVICE

Case Name: **Roque Rocky De La Fuente v. Alex Padilla, et al.** No. **3:19-cv-01433 (JM) (NLS)**

I hereby certify that on August 20, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND [S.D. Cal. Local Rule 12.1]; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 20, 2019, at Fresno, California.

| Jacquelyn Bennett | /s/ Jacquelyn Bennett |
|---|---|
| Declarant | Signature |

SA2019104012
33802363.docx