# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900


John Morrill,
Clerk of Court


August 20, 2019


Clerk, U.S. District Court
Eastern District of California
2500 Tulare Street, Room 1501
Fresno, CA 93721–1318

Re: Roque Rocky De La Fuente v. Alex Padilla, Case No. 3:19–cv–01433–WQH–AHG

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.


Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ A. Garcia, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: