

**Transferred case has been opened**
caed_cmecf_helpdesk   to: InterDistrictTransfer_CASD           08/26/2019 02:35 PM

CASE: 3:19-cv-01433

DETAILS: Case transferred from California Southern has been opened in Eastern District of California - Live System as case 2:19-cv-01659, filed 08/26/2019.